DOMESTIC ELECTRICAL SUPPLY COMPANY, INC., Respondent, v. WILLIAM A. BONNELL, Doing Business under the Trade Name, etc., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

JOHN MCMILLAN, Appellant, v. WILLIAM GORDON CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

SAMUEL LIEBSTER, Respondent, v. MITCHELL M. FRIEDMAN and Others, Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Date for examination to proceed to be fixed in order. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

AMERICAN SURETY COMPANY OF NEW YORK, Respondent, v. RUTH F. SIRE, as Executrix, etc., of CHARLES S. FURST, Deceased, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

AMERICAN SURETY COMPANY OF NEW YORK, Respondent, v. RUTH F. SIRE, as Executrix, etc., of CHARLES S. FURST, Deceased, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

CURTIS PALMER WOODBURY, Doing Business as WOODBURY & COMPANY, Respondent, v. GEORGE B. LEIGHTON, Appellant, Impleaded with Another. Order affirmed, with ten dollars costs and disbursements. No opinion. Date for examination to proceed to be fixed in order. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

In the Matter of the Application of ALBERT Z. GRAY and Others, Copartners, etc., Respondents, Stockholders in the PERLMAN RIM CORPORATION, Appellant, etc.— Order affirmed, with ten dollars costs and disbursements No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

FRED A. GORDON, in Behalf of Himself, etc., Respondent, v. MOJAVE TUNGSTEN COMPANY and Others, Impleaded with JOHN J. CONE, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

CHARLES T. STREETER CONSTRUCTION COMPANY, Respondent, v. WILLIAM F. KENNY and Another, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Date for examination to proceed to be fixed in order. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.